UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ROY SYLVESTER HOLLOWAY,

    Plaintiff,

v.

Ms. B. RICHARDS,

    Defendant.

No. C 15-3159 NJV (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner.  In the initial review order on August 6, 2015, the court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint.  The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court.  This case is **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: September 29, 2015.

NANDOR J. VADAS
United States Magistrate Judge